**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| **ERIC POTTS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:25-cv-3154-STA-jay** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TOWN OF LINDEN** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER GRANTING JOINT MOTION TO STAY

Before the Court is the parties' Joint Motion to Stay, pending approval of a settlement by Town of Linden's Board of Mayor and Alderman. (ECF No. 30.). The Parties requests the Court Stay these proceedings pending a tentative settlement in this matter.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes in its docket with economy of time and effort for itself, for counsel and for litigants." *Ohio Env't Council v. U.S. Dist. Ct. S.D., etc.*, 565 F.2d 393 (6th Cir. 1977) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936)). District courts have wide latitude and discretion to grant stays "to avoid piecemeal, duplicative litigation and potentially conflicting results." *IBEW, Loc. Union No. 2020 v. AT&T Network Sys.*, 1989 U.S. App. LEXIS 10266, at *22-23 (6th Cir. July 17, 1989). "While no precise test has developed to guide district courts in deciding whether to grant requested stays," the court should consider the balance of hardships between the moving and non-moving parties, and whether "granting the stay will further the interest in economical use of judicial time and resources." *Id.* at *23-24 (cleaned up).

A stay pending approval of a settlement is justified here based upon the tentative settlement. The Parties have moved jointly to stay the case, obviating the need to balance the hardships between parties since they are in agreement.

The Parties' Joint Motion is therefore **GRANTED** and this case is hereby **STAYED**. The Parties are **ORDERED** to provide the Court an update in 60 days and 30 days thereafter if a notice of settlement is not otherwise filed. The trial of this matter will remain on the calendar at the present time.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: September 18, 2026